IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00360-BNB

FREDERICK O. SOLARIN, JR.,

    Applicant,

v.

SARA M. REVELL, Complex Warden, Butner, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion for Court to Order State of Colorado to Provide State Legal Material" filed on May 7, 2010, is DENIED.

Dated: May 10, 2010